UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-00582 |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 2251(a): Production Of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography] |
| RICHARD STEVE GOLDBERG, ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2251(a)]

Beginning on or about March 10, 2001, and continuing to on or about May 6, 2001, in Los Angeles County, within the Central District of California, defendant RICHARD STEVE GOLDBERG knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, namely, a digital image of the lascivious exhibition of the genitals and pubic area of a five-year old girl. The visual depiction was produced using

JAC:jac

1  materials that had been mailed, shipped, and transported in
2  interstate and foreign commerce by any means, including by
3  computer.

COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or about May 6, 2001, in Los Angeles County, within the Central District of California, defendant RICHARD STEVE GOLDBERG knowingly possessed material, namely a computer hard drive, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that were so shipped and transported, by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
United States Attorney

[signature] Daniel L. Goodman, Deputy Chief
Criminal Division, For:
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


JENNIFER A. CORBET
Assistant United States Attorney
Organized Crime Section