JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Steve Goldberg, | Case No. **CV 10-796-JFW** |
| Petitioner, | **[CR 07-582-JFW]** |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

Pursuant to this Court's March 9, 2010 Order denying Petitioner Richard Steve Goldberg's Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

The Clerk is ordered to enter this Judgment.

Dated: March 10, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE